**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Zaman ASHRAF, a/k/a Pop,
Defendant–Appellant.**

No. 12–7560.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2013.

Decided: Aug. 2, 2013.

Zaman Ashraf, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zaman Ashraf appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ashraf,* No. 3:03–cr–00458–REP–3 (E.D.Va. Aug. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*